# Exhibit B

Georgia Higher Education Healthcare Initiative
**1190 Interstate Parkway | Augusta, GA 30909**

Date: October 3, 2025

To: National Center for Education Statistics (NCES)
U.S. Department of Education (the Department)
Potomac Center Plaza
550 12th Street SW
Washington, DC 20202
Attn: Dr. Matthew Soldner, Acting Commissioner, NCES

Subject: Legal Notice - Request for Integrated Postsecondary Education Data System (IPEDS) Data Modification

Dear NCES Team/Dr. Soldner,

This is a formal and urgent request from the Georgia Higher Education Healthcare Initiative (GHEHI), which has applied for 501c3 status, documenting an untenable policy/failure. GHEHI is demanding that NCES modify the degree classification data submitted on behalf of the Board of Regents of the University System of Georgia by and on behalf of Augusta University (the University) pertaining to Academic Years 2021, 2022 and 2023 related to the University's Doctor of Nursing Practice degree program and its Doctor of Physical Therapy degree program both from Award Level 18 to Award Level 17 (the Degree Data Modification) so that the Carnegie Foundation (Carnegie) will rightly categorize the University as R1 instead of the current (inaccurate) categorization of R2.[1]

Carnegie has already acknowledged in writing the inaccuracy and the Degree Data Modification issue facing the University, with Carnegie asserting it only relies on IPEDS data. Please immediately provide the statute, regulations, policy, and/or source from which this assertion is based. This assertion is contrary to Congressional intent and defies common sense. If an action (legal or otherwise) is required to facilitate NCES correcting IPEDS misinformation in accordance with the Degree Data Modification, please advise, and GHEHI will immediately take such action. GHEHI is respectfully requesting immediate direction from NCES on the right pathway to embark upon to build consensus and take action to avoid the current material interference with the operation of the University.

The importance of this matter cannot be overstated. The University is Georgia's only public academic medical center, and the University's research and graduate medical education programs are the backbone of Georgia's healthcare workforce development. The acknowledged error in the University's R1 status is harming the University's ability to secure competitive research funding, expanding graduate medical education/residency training slots, recruiting and retaining top clinical and research faculty, and developing innovative partnerships—all critical to addressing Georgia's severe statewide physician shortages, rural healthcare gaps, and training the next generation of healthcare providers. This cannot

[1] Classification is available here: https://carnegieclassifications.acenet.edu/institution/augusta-university/

---

continue, as the ongoing damages to the University and Georgia are significant and actionable. Ensuring proper R1 designation of the University is imperative for meeting the healthcare needs of millions of Georgians and the future of medical education across Georgia.

The only reason NCES has not agreed to the Degree Data Modification is because of a non-binding custom in violation of the Administrative Procedure Act (5 U.S.C. § 551, *et. seq.*). If there are regulations, statutes, or other documents that prohibit the correction of a proven and unquestionable error, such as a math error (e.g., transposing numbers, or errors in addition or subtraction) in the data, please provide them immediately.

GHEHI can seek declaratory, injunctive, or mandamus relief if that is a more effective pathway for NCES to correct the data error causing damage to Georgia citizens. GHEHI is a nonpartisan advocacy entity whose motive is to improve healthcare outcomes, nursing and physician shortages, and the research ecosystem in Georgia (www.gahehi.org).

I am available to come to Washington, DC, with 24 hours' notice, a Zoom call, a telephone call, or further written communication to avoid any unproductive use of our respective time.

The Georgia Higher Education Healthcare Initiative,

by Laurie Ott
its Executive Director

cc: Mushtaq Gunja, Executive Director, Carnegie Classification System
Russell Keen, EdD, President, Augusta University

9589 0710 5270 2580 6273 09

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Washington, DC 20202

Certified Mail Fee $5.30
$ $4.40
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage
$ $10.44 $0.78
Total
$10.48
Sent
Stree
City

0604
29
Postmark
Here
10/03/2025

Dr. Matthew Soldner, Acting Commissioner
NCES, US Department of Education
550 12th Street SW
Washington, DC 20202

PS F... structions

9589 0710 5270 2580 6273 53

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Washington, DC 20036

Certified Mail Fee $5.30
$ $4.40
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage
$ $10.44 $0.78
Total
$10.48
Sent
Stree
City

0604
29
Postmark
Here
10/03/2025

Mushtaq Gunja, Executive Director
Carnegie Classification Systems
American Council on Education
One DuPont Circle NW
Washington DC 20036

PS F... structions