Control Number : 24204508

# STATE OF GEORGIA

## Secretary of State

**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

## CERTIFICATE OF INCORPORATION

I, **Brad Raffensperger**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**Georgia Higher Education Healthcare Initiative, Inc.**
a **Domestic Nonprofit Corporation**

has been duly incorporated under the laws of the State of Georgia on **11/04/2024** by the filing of articles of incorporation in the Office of the Secretary of State and by the paying of fees as provided by Title 14 of the Official Code of Georgia Annotated.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **11/06/2024**.

Brad Raffensperger
Secretary of State

# ARTICLES OF INCORPORATION

*Electronically Filed*
Secretary of State
Filing Date: 11/4/2024 3:00:02 PM

## BUSINESS INFORMATION

| | |
|---|---|
| **CONTROL NUMBER** | 24204508 |
| **BUSINESS NAME** | Georgia Higher Education Healthcare Initiative, Inc. |
| **BUSINESS TYPE** | Domestic Nonprofit Corporation |
| **EFFECTIVE DATE** | 11/04/2024 |

The corporation is organized pursuant to the Georgia Nonprofit Corporation Code.

## PRINCIPAL OFFICE ADDRESS

| | |
|---|---|
| **ADDRESS** | 1190 Interstate Parkway, Augusta, GA, 30909, USA |

## REGISTERED AGENT

| NAME | ADDRESS | COUNTY |
|---|---|---|
| Laurie Ott | 1190 Interstate Parkway, Augusta, GA, 30909, USA | Richmond |

## INCORPORATOR(S)

| NAME | TITLE | ADDRESS |
|---|---|---|
| Laurie Ott | INCORPORATOR | 1190 Interstate Parkway, Augusta, GA, 30909, USA |

## MEMBER INFORMATION

The corporation will not have members.

## OPTIONAL PROVISIONS

N/A

## AUTHORIZER INFORMATION

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | Laurie Ott |
| **AUTHORIZER TITLE** | Incorporator |